to compel a decision to be made, in terms of both mandamus and in terms of the Administrative Procedures Act for administrative action wrongfully withheld.

**PRAYER:**

Wherefore, Plaintiffs pray that the Court compel the District Director of the INS at New York, New York, to perform her duty to rule upon the N-400 application for naturalization filed by the Plaintiff, grant such other relief as may be proper under the circumstances, and grant attorneys fees and costs of court. Plaintiffs further pray that if the decision is adverse to them, that the decision include justification an explanation to preclude the sense of retaliation for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the INS.

DATE: July 9, 2007                    Respectfully submitted,


                                      Sandra P. Nichols



# **AFFIDAVIT**

State of  New York              )
                               ) ss.
County of  New York            )


I, Nagi Hassan Ahmed, being duly sworn, depose and say:


1. I am Nagi Hassan Ahmed, a citizen of Sudan, currently living at 2638
   Alexander Place, Augusta, GA 30909. I am physician, temporarily placed in
   Georgia to complete my medical fellowship in Neonatalogy at the Medical
   College of Georgia. My permanent mailing address, however remains P.O.
   Box 863222, Ridgewood, New York 11386-3222, and I have every intention
   of returning to New York after completing my fellowship.

2. My date of birth is May 9, 1972.

3. I received my greencard through the diversity visa lottery. Accordingly, I was
   admitted into lawful permanent residence on October 21, 1998. My A number
   is 46436013,

4. After being lawfully admitted into the United States, I studied for my
   USMLEs, i.e. medical licensing examination. I passed, and am currently a
   board certified pediatrician. I was interested in further specialization, and have
   been accepted into the Medical College of Georgia for a fellowship in
   Neonatology.

5. On October 30, 2003, the U.S.C.I.S. received my application for
   naturalization. On February 8, 2005, I attended my interview in connection

1

and she could enter the United States as soon as possible after our marriage. It would take much longer for me to sponsor her as a Legal Permanent Resident.

8.   I believe the U.S.C.I.S. should approve my application as soon possible, as it has been over three years since I have applied. It is my understanding that naturalization in New York is taking approximately one year. I know of other close friends who are Sudanese Nationals in different states that have received their naturalization in less than six months. I don't understand why my application is still pending after more than three years.

9.   I work very hard in the United States as a doctor. I have paid my taxes every single year. Other United States citizens trust me with the care of their children, and I have a very good reputation amongst my patients, my peers and other members of the community. It would be a dream come true to naturalize and finally become a U.S. Citizen. I consider the United States my home.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Nagi Hassan Ahmed_
Nagi Hassan Ahmed

Sworn before me this
24 day of May, 2007.

_Sandra P. Nichols_

SANDRA P. NICHOLS
Notary Public, State of New York
No. 02NI5056430
Qualified in New York County
Commission Expires March 4, 2010

3