UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
NAJI HASSAN AHMED,

       Plaintiff,

          v.

QUARANTILLO,

       Defendant.
- - - - - - - - - - - - - - - - - - -x

**ECF CASE**

No. 07 Civ. 6369 (DAB)

NOTICE OF APPEARANCE

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       July 31, 2007

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York

                     By:            /S/
                        PIERRE G. ARMAND
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Telephone: (212) 637-2724

TO:  Sandra P. Nichols, Esq.
     22 Broadway, Suite 1810
     New City, NY 10007