MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: PIERRE G. ARMAND
Special Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2724
Fax. No.: (212) 637-2730

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NAJI HASSAN AHMED,         :    ECF Case
                           :
            Plaintiff,     :    STIPULATION AND ORDER OF
                           :    SETTLEMENT AND DISMISSAL
     - v. -                :
                           :    07 Civ. 6369 (DAB)
ANDREA QUARANTILLO, et al.,:
                           :
            Defendants.    :
------------------------------------x

WHEREAS United States Citizenship and Immigration Services approved plaintiff's naturalization application and plaintiff was sworn in as a naturalized citizen of the United States on January 10, 2008;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:  New York, New York
        March  6  , 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendants

                            By:     _____/s/_____
                                    PIERRE G. ARMAND
                                    Assistant United States Attorney
                                    86 Chambers Street
                                    New York, New York 10007
                                    Tel. No.: (212) 637-2724
                                    Fax. No.: (212) 637-2730

Dated: New York, New York
    March ___, 2008

The Clerk of Court is directed to close the docket in this case.

SANDRA P. NICHOLS, ESQ.
Attorney for Plaintiff
22 Broadway, Suite 1810
New York, New York 10007
Tel. No.: (212) 406-7363
Fax No.: (212) 385-9822

SO ORDERED:

HON. DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

- 2 -